No. 303. MYERS ET AL., EXECUTORS, *v.* NEW YORK STATE TAX COMMISSION. Certiorari denied. *Lee McCanliss* for petitioners. *Mortimer M. Kassell* for respondent.

No. 305. BURNS *v.* SPILLER ET AL. Certiorari denied. *Walter W. Burns* for petitioner. *Solicitor General Perlman, Assistant Attorney General Ford, Paul A. Sweeney* and *Melvin Richter* for respondents.

No. 307. BERMAN ET AL., DOING BUSINESS AS DAVID H. BERMAN CO., *v.* LEVINE. Certiorari denied. *Henry S. Blum* for petitioners. *Solicitor General Perlman, Assistant Attorney General Ford, Paul A. Sweeney* and *Philip W. Yager* for respondent.

No. 308. BUNIN *v.* COHEN. Certiorari denied. *Samuel J. Cohen* for petitioner. *Henry Hofheimer* for respondent.

No. 310. BELL *v.* SCUDDER, REAL ESTATE COMMISSIONER. Certiorari denied. *Sterling Carr* for petitioner. *Fred N. Howser,* Attorney General of California, and *Lenore D. Underwood,* Deputy Attorney General, for respondent.

